MARK W. WALLIN (SBN 331915)
Mark.wallin@btlaw.com
MICHAEL P. WITCZAK (SBN 329960)
*(Admission Pending)*
michael.witczak@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile:  (310) 284-3894

Attorneys for Defendant
Devry University, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINYA BELL, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEVRY UNIVERSITY, INC.; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. TBD   **'24CV2464 BEN BLM**<br><br>**DECLARATION OF GAURAV KHURANA IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>*[Filed concurrently with Notice of Removal, Declaration of Mark Wallin, and Civil Cover Sheet]*<br><br>Action Filed:  November 21, 2024<br>Trial Date:  Not Set |

DECLARATION OF GAURAV KHURANA IN SUPPORT OF DEFENDANT'S
PETITION AND NOTICE OF REMOVAL

45714552.1
44687178.3

# DECLARATION OF GAURAV KHURANA

I, Gaurav Khurana, declare:

1. I am the Vice President, Total Rewards and Human Resources Operations, of Defendant, Devry University, Inc. ("Devry").

2. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify truthfully and competently to them.

3. I submit this Declaration in support of Defendant's Petition and Notice of Removal.

4. When Plaintiff Delainya Bell ("Plaintiff") filed the Complaint and continuing through the present,[1] Devry was and is a corporation formed under the laws of Illinois. Defendant's corporate headquarters are in Lisle, Illinois. Its primary financial and administrative offices are located in its corporate headquarters. Additionally, Devry's officers, and directors are located at, and direct, control, and coordinate its activities from, its corporate headquarters in Illinois.

5. From November 1, 2020 through December 12, 2024, Devry has employed 388 non-exempt employees who resided in California.

6. The average base hourly rate paid to hourly, non-exempt employees working in California is $24.44.

7. Upon review of Plaintiff's employment records retained by Devry, Ms. Bell's last known address confirms that she lived at an address in California and was a resident of California at the time she worked for Devry, and Devry is not aware of any information that would indicate Ms. Bell is no longer a California resident.

8. Ms. Bell was a full-time employee, and her regular work schedule was 8 hours a day, five days a week, for a standard 40-hour workweek.

---

[1] Unless expressly stated otherwise, all facts in this Declaration are true now and were true when Plaintiff filed the Complaint.

45714552.1                                1
DECLARATION OF GAURAV KHURANA IN SUPPORT OF DEFENDANT'S
PETITION AND NOTICE OF REMOVAL

1  I declare under penalty of perjury under the laws of California and the United
2  States of America that the foregoing in true and correct.
3
4  Executed on December 23, 2024 in Lisle Illinois.

        Signed by:

        *Gaurav Khurana*

        Gaurav Khurana

45714552.1

2

DECLARATION OF GAURAV KHURANA IN SUPPORT OF DEFENDANT'S PETITION AND NOTICE OF REMOVAL