UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINYA BELL, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>v.<br>DEVRY UNIVERSITY, INC., et al.,<br>                              Defendants. | Case No.: 24-cv-2464-RSH-BLM<br><br>**ORDER TO SHOW CAUSE** |

      This matter comes before the Court following a review of the docket. On December 26, 2024, this matter was removed by Defendant DeVry University, Inc. to this Court. ECF No. 1. In the notice of removal, Defendant states it was served with Plaintiff's state court summons and complaint on November 26, 2024. *Id.* at 2. There is no indication Defendant filed an answer in state court and no answer has been filed on the Court's docket.

      Under Federal Rule of Civil Procedure 81(c)(2), "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief; (B) 21 days after

being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2).

Defendant's deadline to file a response to Plaintiff's complaint has passed and Plaintiff has not requested entry of default. The Court therefore **ORDERS** the Parties to show cause in writing by **March 21, 2025** as to why this action should not be dismissed. This Order to Show Cause will be discharged if either of the following are filed before March 21, 2025:

    1. A Notice of Settlement by the Parties; or

    2. An application to the Clerk of Court for entry of default by Plaintiff.

**IT IS SO ORDERED.**

Dated: March 3, 2025

_____
Hon. Robert S. Huie
United States District Judge