MARK W. WALLIN (SBN 331915)
Mark.wallin@btlaw.com
MICHAEL P. WITCZAK (SBN 329960)
michael.witczak@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile:  (310) 284-3894

Attorneys for Defendant
DeVry University, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINYA BELL, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEVRY UNIVERSITY, INC.; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 24-cv-2464-RSH-BLM<br><br>**DEFENDANT, DEVRY UNIVERSITY, INC.'S  NOTICE OF FILING ANSWER TO COMPLAINT**<br><br>*[Filed concurrently with Declaration of Mark Wallin]*<br><br>Action Filed:    November 21, 2024<br>Action Removed:  December 26, 2024 |

46544174.1

DEFENDANT'S NOTICE OF FILING ANSWER TO COMPLAINT

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that on December 26, 2024, Defendant DeVry University, Inc. ("Defendant") filed an answer to Plaintiff, Delainya Bell's complaint in the Superior Court of the State of California for the County of San Diego. The complaint was filed the same day this Action was removed to this Court on December 26, 2024. A true and correct copy of Defendant's filed Answer is attached as Exhibit A to the Declaration of Mark Wallin in Support of Defendant, DeVry University Inc.'s Notice of Filing Answer to Complaint.

///
///
///

Dated: March 4, 2025                **BARNES & THORNBURG LLP**

By: */s/ Mark W. Wallin*
Mark W. Wallin
Michael P. Witczak
Attorneys for Defendant
DeVry University, Inc.