MARK W. WALLIN (SBN 331915)
Mark.wallin@btlaw.com
MICHAEL P. WITCZAK (SBN 329960)
michael.witczak@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile:  (310) 284-3894

Attorneys for Defendant
DeVry University, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINYA BELL, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEVRY UNIVERSITY, INC.; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 24-cv-2464-RSH-BLM<br><br>**DECLARATION OF MARK WALLIN IN SUPPORT OF DEFENDANT, DEVRY UNIVERSITY, INC.'S  NOTICE OF FILING ANSWER TO COMPLAINT**<br><br>*[Filed concurrently with Notice of Filing Answer to Complaint]*<br><br>Hon. Robert S. Huie, Dept. 3B<br><br>Action Filed:   November 21, 2024<br>Action Removed:  December 26, 2024 |

# **DECLARATION OF MARK W. WALLIN**

I, Mark Wallin, declare:

1. I am an attorney licensed to practice before all of the courts of the State of California as well as this Court. I am a Partner with the law firm of Barnes & Thornburg LLP, counsel of record for Defendant DeVry University, Inc. ("Defendant").

2. Other than matters stated on information and belief, I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently to them. As to any statements made on information and belief, I believe them to be true to the best of my knowledge and would so testify.

3. I submit this Declaration in support of Defendant, DeVry University Inc.'s Notice of Filing Answer to Plaintiff's Complaint.

4. Attached as **Exhibit A** is a true and correct copy of Defendant's Answer to Plaintiff's Complaint, filed on December 26, 2024 in the Superior Court of California, County of San Diego.

5. Defendant's Answer was filed on the same day this Action was removed to this Court.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on this 4th day of March 2025, in Chicago Illinois.

/s/ *Mark W. Wallin*, Esq.
Mark W. Wallin